AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Middle District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JOSE VALLES VILLAMIZAR | ) Case No. |
| | ) 5:26-mj- 1047-PRL |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between on or about     September 2023, and March 2025,   in the county of _____ Lake _____ in the

_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 641 | Theft and conversion of government property |

This criminal complaint is based on these facts:

See attached complaint.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Kendra Nettles, USDA OIG
*Printed name and title*

Sworn to before me over the telephone or other reliable electronic means and signed by me
pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date:   February 28, 2026

_____
*Judge's signature*

City and state:          Ocala, Florida

Philip R. Lammens, United States Magistrate Judge
*Printed name and title*

STATE OF FLORIDA                    CASE NO. 5:26-mj- 1047-PRL
COUNTY OF MARION

## AFFIDAVIT IN SUPPORT OF THE
## ISSUANCE OF A CRIMINAL COMPLAINT

I, Kendra Nettles, being first duly sworn, hereby depose and state as follows:

## Introduction and Agent Background

1.      I am a Special Agent with the United States Department of Agriculture, Office of Inspector General (USDA-OIG). As part of my duties as a USDA-OIG special agent, I investigate matters involving fraud, theft of public funds, and other financial crimes which involve USDA programs, regulations, and/or personnel. I have conducted or participated in numerous investigations involving said matters. I have been a USDA OIG special agent since July 2000.

2.      My training includes completing the Criminal Investigator's Training Program held at the Federal Law Enforcement Training Center located in Glynco, Georgia. I received additional training when I later attended the Inspector General Criminal Investigator Academy. This included specific training in the preparation, presentation, and service of criminal complaints, and I have been involved in the investigation of numerous types of offenses against the United States. I have also been trained in the preparation, presentation, and service of arrest and search warrants, and have executed both arrest warrants and search warrants in previous cases.

1

3.      The information set forth in this affidavit is based on my personal knowledge, review of records, documents, and other evidence obtained during this investigation, as well as information conveyed to me by other law enforcement, witnesses, and agencies. Unless specifically indicated, all conversations and statements described in this affidavit are related in substance and in part only and are not intended to be a verbatim recitation of such statements.

4.      Because this affidavit is being submitted for the limited purpose of establishing probable cause to support the issuance of a criminal complaint, I have not included details of all aspects of my investigation. I have set forth only those facts necessary to support a finding of probable cause that Eduardo Jose Valles Villamizar ("VALLES") knowingly and willfully embezzled, stole, purloined, and converted to his own use, and to the use of another, over $1,000 worth of money and property of the United States' government, in violation of 18 U.S.C. § 641.

## Probable Cause

5.      The Supplemental Nutrition Assistance Program ("SNAP"), formerly known as the Food Stamp Program, is a United States Department of Agriculture ("USDA") program established by the United States Government to help low-income individuals and families by providing monthly benefits to purchase food items. In Florida, the SNAP is administered by the State of Florida Department of Children and Families ("DCF").  DCF is responsible for overall program administration, as well as approving, denying or revoking assistance for recipients.

People can apply for SNAP benefits through DCF's online portal, Automated Community Connection to Economic Self Sufficiency ("ACCESS").

6.     SNAP benefits are issued to recipients through an Electronic Benefit Transfer ("EBT") card system. SNAP recipients are issued plastic EBT cards which contain an embedded magnetic stripe (similar to a debit or credit card) that stores basic information required for food purchases using SNAP benefits. Stores approved to participate in the SNAP are assigned a SNAP authorization number and provided with a point of sale (POS) device to access the electronic funds allocated to recipients' EBT cards. When a SNAP recipient uses an EBT card at a merchant, the POS terminal sends a communication to computer servers in either Wisconsin or Arizona to verify the amount of benefits available, authorize the transaction, and deduct the purchase amount from the recipient's available balance.

7.     Between September 2023 and February 2025, at least 650 SNAP applications were submitted under the names of various individuals using the same three addresses. DCF found that the large quantity of applications for different individuals using the same addresses was indicative of fraud. For this reason, DCF did not approve a majority of the applications. However, some of the applications were approved, and approximately $73,000 in SNAP benefits were issued to EBT cards.

8.     The three addresses that were used on the 650 applications were all in Eustis, Lake County, in the Middle District of Florida. Approximately 558 of the 650 applications that were submitted between September 2023 and February 2024 had a

3

mailing address on Old Mount Dora Road in Eustis (hereinafter "Address 1"). On about 236 of those 558 applications, "homeless" had been listed as the applicant's home address before the address was changed to Address 1. On other applications, the initial address was a specific address on David Walker Drive in Eustis (hereinafter "Address 2"). An additional 92 applications submitted between July 2024 and February 2025 listed another specific mailing address on Old Mount Dora Road in Eustis (hereinafter "Address 3"). As with some of the initial applications, many of these applications had listed "homeless" as the applicant's home address before it was changed to Address 3.

9.    USDA Office of Inspector General ("OIG") began investigating these addresses. The special agents found that VALLES is connected to all three residential addresses. In February 2024, VALLES applied for SNAP benefits under his name. He listed Address 1 as his address. VALLES's application under his name was denied.

10.    Subpoenas were sent to OnePay, which is a financial technology company that offers banking services such as cash and credit card accounts. The subpoena results revealed that VALLES's OnePay account lists his home address as Address 3. Subpoenas were sent to Wells Fargo Bank. The subpoena results revealed that VALLES's Wells Fargo Bank account lists his home address as Address 3. These records also show rental funds being transferred on a recurring basis to the landlord of the home at Address 3. The USDA OIG also found that VALLES

4

entered into a contract with 1-800-Pack-Rat to obtain a portable storage and moving container. The company container was delivered to and picked up from Address 3.

11.    Based on Lake County Property Appraiser records and observation by agents, Address 1 and Address 3 are single family homes located directly next door to each other. The mailboxes for these homes are also located next to each other and do not have locking mechanisms. USDA OIG special agents reviewed property appraisal records and viewed the addresses on GoogleMaps.com, and found vehicles parked outside the addresses that are registered to VALLES.

12.    A review of VALLES's Florida Driver and Vehicle Information Database ("DAVID") records revealed that VALLES resides at Address 2, and his vehicle is also registered to Address 2.

13.    The USDA OIG investigated the use of the EBT cards that were issued for the various individuals using the three addresses connected to VALLES. The following four EBT cards were issued to the named applicants using Address 3 as the mailing address:

| Initial Application Date | Name | Birth Information | Social Security Number | Snap Benefits |
|---|---|---|---|---|
| January 13, 2025 | K.B. | October 1985 | Ending in 5766 | $2,357 |

| January 21, 2025 | A.D. | July 1976 | Ending in 7429 | $230 |
| January 21, 2025 | E.E. | June 1988 | Ending in 2826 | $3,029 |
| January 13, 2025 | J.B. | August 2001 | Ending in 5686 | $1,051 |

14.    A review of video footage from the transactions below showed

VALLES directly using the above EBT cards at various stores:

| Date | Transaction |
| --- | --- |
| February 7, 2025 | Payment of $27.70 for a purchase at a Walmart with a SNAP EBT card in the name of K.B. |
| February 9, 2025 | Payment of $23.00 for a purchase at a Walmart with a SNAP EBT card in the name of A.D. |
| February 22, 2025 | Purchase in the amount of $34.36 at a Walmart with a SNAP EBT card in the name of E.E. |
| February 27, 2025 | Payment of $60.00 for a purchase at a Walmart with a SNAP EBT card in the name of E.E. |
| March 15, 2025 | Payment of $169.36 for a purchase at a Walmart with a SNAP EBT card in the name of J.B. |

| March 16, 2025 | Payment of $12.28 for a purchase at a Key Food with a SNAP EBT card in the name of J.B. |
|---|---|
| March 16, 2025 | Payment of $2.49 for a purchase at a Publix with a SNAP EBT card in the name of J.B. |

15.    On a few occasions, VALLES used an EBT card and his Wells Fargo debit card during the same transaction. A review of transactions and VALLES Wells Fargo bank records indicate that he used his debit card during the following purchases.

| DATE | Snap Transaction | Bank Account Transaction |
|---|---|---|
| February 3, 2025 | Purchase attempted but failed at Walmart with SNAP EBT cards in the names of K.B. and J.E. | Purchase in the amount of $34.28 at a Walmart from his personal Wells Fargo Bank account |
| February 7, 2025 | Purchase in the amount of $27.70 at a Walmart with a SNAP EBT card in the name of K.B. | Purchase in the amount of $18.53 at a Walmart from his personal Wells Fargo Bank account |
| February 22, 2025 | Purchase in the amount of $34.36 at a Walmart with a | Purchase in the amount of $237.57 at a Walmart from his |

7

|  | SNAP EBT card in the name of E.E. | personal Wells Fargo Bank account |
|---|---|---|
| March 9, 2025 | Purchase attempted but failed at a Walmart with a SNAP EBT card in the name of E.E. | Purchase in the amount of $108.37 at a Walmart from his personal Wells Fargo Bank account. |

## Conclusion

16.    Based on the foregoing, I respectfully submit that probable cause exists to establish that between September 2023, and March 2025, did knowingly and willfully embezzle, steal, purloin, and convert to his own use, and to the use of another, money and property of the United States, and the Department of Agriculture, an agency of the United States, that is, Supplemental Nutrition Assistance Program (SNAP) benefits, the total value of the money and property exceeding $1,000, with the intent to deprive the Department of Agriculture of the use and benefit of the money and property, in violation of 18 U.S.C. § 641.

This concludes my affidavit.

_____

Kendra Nettles
USDA OIG


*Affidavit submitted to me by reliable electronic means and attested to me as true and accurate by telephone or other reliable electronic means consistent with Fed. R. Crim. P. 4.1 and 4(d) before me this* 28th *day of February 2026.*

_____

The Honorable Philip R. Lammens
United States Magistrate Judge